AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| CHEYENNE JOHNSON <br> *Plaintiff(s)* <br><br> v. <br><br> AUTO PARTNERS I, LLC <br> and AUTO PARTNERS IV, LLC, <br> *Defendant(s)* | Civil Action No.  8:23-cv-2760 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

      AUTO PARTNERS IV, LLC
       ** VIA REGISTERED AGENT**
      TATIANA Y DYER
      1000 US HIGHWAY 1
      VERO BEACH, FL 32960

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

                                                *CLERK OF COURT*

Date: _____                    _____
                                                                            *Signature of Clerk or Deputy Clerk*