AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |
|---|---|
| CHEYENNE JOHNSON <br> *Plaintiff(s)* <br> v. <br> AUTO PARTNERS I, LLC <br> and AUTO PARTNERS IV, LLC, <br> *Defendant(s)* | Civil Action No. 8:23-cv-2760 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> AUTO PARTNERS IV, LLC
> ** VIA REGISTERED AGENT**
> TATIANA Y DYER
> 1000 US HIGHWAY 1
> VERO BEACH, FL 32960

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> DEREK SMITH LAW GROUP, PLLC
> C/O KYLE T. MACDONALD, ESQ.
> 520 BRICKELL KEY DRIVE, SUITE #0-301,
> MIAMI, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*