## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 8:23-CV-02760

Plaintiff:
CHEYENNE JOHNSON

vs.

Defendant:
AUTO PARTNERS I, LLC and AUTO PARTNERS IV, LLC

For:
Kyle MacDonald, Esq
F Derek Smith Law Group, Pllc

Received by BETH KRAMER on the 7th day of December, 2023 at 3:36 pm to be served on Auto Partners IV, LLC c/o R/A: Tatiana Dyer, 1000 US Hwy 1, Vero Beach, FL 32960.

I, BETH KRAMER, being duly sworn, depose and say that on the **11th day of December, 2023 at 10:17 am**, I:

**SERVED** the within named LLC by delivering a true copy of the **Summons in a Civil Action, Civil Cover Sheet, Complaint and Demand For Jury Trial** with the date and hour of service endorsed thereon by me to William Dyer as **Managing Member** of Auto Partners IV, LLC service being made at **1000 US Hwy 1, Vero Beach, FL 32960** pursuant to F.S. 48.062

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 160, Hair: Dark Brown, Glasses: N

"Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true," F.S. 95.525

STATE OF FLORIDA
COUNTY OF ST. LUCIE
Sworn to and subscribed before me by the means of physical presence notarization, this the 11th day of December, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

AMY M. BOYD
Notary Public - State of Florida
Commission # HH 367155
My Comm. Expires Apr 1, 2027
Bonded through National Notary Assn.

BETH KRAMER
PS# 09-46

DLE PROCESS SERVERS, INC. ***
936 SW 1ST AVENUE
#261
MIAMI, FL 33130
(786) 220-9705

Our Job Serial Number: DLE-2023062606

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

12/11/23
10:17 AM
Williana D
B. L.
#09-46

| | |
|---|---|
| CHEYENNE JOHNSON<br>*Plaintiff(s)*<br>v.<br><br>AUTO PARTNERS I, LLC<br>and AUTO PARTNERS IV, LLC,<br>*Defendant(s)* | Civil Action No.   8:23-cv-2760 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    AUTO PARTNERS IV, LLC
    ** VIA REGISTERED AGENT**
    TATIANA Y DYER
    1000 US HIGHWAY 1
    VERO BEACH, FL 32960

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    DEREK SMITH LAW GROUP, PLLC
    C/O KYLE T. MACDONALD, ESQ.
    520 BRICKELL KEY DRIVE, SUITE #0-301,
    MIAMI, FL 33131

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                                                                                       CLERK OF COURT

Date:   December 7, 2023

                                                                                                                                             *Lindsay Richards*
                                                                                                             *Signature of Clerk or Deputy Clerk*

2

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
CHEYENNE JOHNSON

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
DEREK SMITH LAW GROUP, PLLC
520 BRICKELL KEY DRIVE, #O-301
MIAMI, FL 33131

## DEFENDANTS
AUTO PARTNERS I, LLC
and AUTO PARTNERS IV, LLC,
County of Residence of First Listed Defendant  POLK
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
            THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | **PERSONAL PROPERTY** | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 370 Other Fraud | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury | 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | 865 RSI (405(g)) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | [X] 442 Employment | 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | **Other:** 540 Mandamus & Other | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education | 550 Civil Rights | 465 Other Immigration Actions | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. §2000e et seq.,§ 760.01, Florida Statutes et seq., § 12-26, Tampa Code of Ordinances et seq.
Brief description of cause:
42 U.S.C. §2000e et seq. ("Title VII"), **Sex Discrimination, Hostile Work Environment, Retaliation,**

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*:
JUDGE _____  DOCKET NUMBER _____

DATE: 12/04/2023
SIGNATURE OF ATTORNEY OF RECORD: /s/ Kyle T. MacDonald

**FOR OFFICE USE ONLY**

RECEIPT #  _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____