UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CHEYENNE JOHNSON,                                   CASE NO.: 8:23-cv-02760

      Plaintiff,

v.

AUTO PARTNERS I, LLC,
and AUTO PARTNERS IV, LLC,

      Defendants.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants, Auto Partners I, LLC ("AP I") and Auto Partners IV, LLC ("AP IV") (collectively, "Defendants"), through counsel, pursuant to Fed. R. Civ. P. 6(b), file this Unopposed Motion for Extension of Time to respond to the Complaint filed by Cheyenne Johnson, ("Plaintiff"), and states the following:

1. On December 7, 2023, Plaintiff filed the above-styled Complaint.

2. On December 11, 2023, the Complaint was served on Defendants.

3. On or about December 18, 2023, the undersigned received a copy of the Complaint from Defendants.

4. Based on the date of service, Defendants' response is due on January 2, 2024.

5. The undersigned will be traveling out of the country, beginning December 26, 2023, and returning on Friday, January 5, 2024. Additionally, a key representative of Defendants will be out of town from December 25, 2023, until on or about January 3, 2024.

6. Defense counsel needs additional time to meet with Defendants, obtain information on Plaintiff's claims, research the legal issues, and formulate a response. Specifically, the Complaint is twenty-six (26) pages long and contains four separate causes of action.

WHEREFORE, in light of Plaintiff's agreement, it is requested that the Court permit Defendants until January 12, 2024, to respond to the Complaint.

## MEMORANDUM OF LAW

The Federal Rules of Civil Procedure, Rule 6(b) provides that the Court can extend or enlarge times when justice so requires. In this instance, it is in the benefit of justice to allow a brief extension of time to respond to Plaintiff's Complaint. Neither party will suffer any prejudice by this brief extension.

## CERTIFICATE UNDER LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that he has conferred with Plaintiff's counsel in good faith, concerning the substance of this motion, and that counsel for the Plaintiff agrees to the relief sought herein.

Respectfully submitted,

*/s/ Jason L. Odom*
JASON L. ODOM
FBN: 476950
Gould Cooksey Fennell, PLLC
979 Beachland Boulevard
Vero Beach, FL 32963
(772) 231-1100--Telephone
Eservice: jlo-eservice@gouldcooksey.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 20, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to Kyle T. MacDonald with Derek Smith Law Group, PLLC, at 520 Brickell Key Drive, Suite O-301, Miami, FL 33131, with email address kyle@dereksmithlaw.com, attorney for Plaintiff.

/s/ Jason L. Odom
Jason L. Odom