UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CHEYENNE JOHNSON,                           CASE NO.: 8:23-cv-02760

       Plaintiff,

v.

AUTO PARTNERS I, LLC,
and AUTO PARTNERS IV, LLC,

       Defendants.
_____/

### **DEFENDANTS' NOTICE OF LEAD COUNSEL**

Defendants, Auto Partners I, LLC ("AP I") and Auto Partners IV, LLC ("AP IV") (collectively, "Defendants"), through counsel, pursuant to Local Rule 2.02(a), files this notice of lead counsel, and states the following:

1. Lead counsel for Defendants is Jason L. Odom. Florida bar number 0476950. Mr. Odom is with Gould Cooksey Fennell, PLLC, 979 Beachland Boulevard, Vero Beach, FL 32963, (772) 231-1100—Telephone, Eservice: jlo-eservice@gouldcooksey.com.

1

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on December 21, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to Kyle T. MacDonald with Derek Smith Law Group, PLLC, at 520 Brickell Key Drive, Suite O-301, Miami, FL 33131, with email address kyle@dereksmithlaw.com, attorney for Plaintiff.

                                              /s/ Jason L. Odom
                                              Jason L. Odom