UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CHEYENNE JOHNSON,　　　　　　　　　　CASE NO.: 8:23-cv-02760

　　　　Plaintiff,

v.

AUTO PARTNERS I, LLC,
and AUTO PARTNERS IV, LLC,

　　　　Defendants.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.03, I hereby disclose the following:

1.　　The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

**RESPONSE:**

Jason L. Odom, Counsel for Defendants

Brooke W. Odom, Counsel for Defendants

Gould Cooksey Fennell, PLLC, attorneys for Defendants

Defendants

1

2.     The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**RESPONSE:**

N/A.

3.     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee in bankruptcy cases:

**RESPONSE:**

N/A.

4.     The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**RESPONSE:**

Plaintiff, Cheyenne Johnson, alleges that she is the victim of wrongful conduct. Defendant denies any such conduct.

## **CERTIFICATION**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Respectfully submitted,

*/s/ Jason L. Odom*
JASON L. ODOM
Lead Counsel
FBN: 476950
Gould Cooksey Fennell, PLLC
979 Beachland Boulevard
Vero Beach, FL 32963
(772) 231-1100--Telephone
Eservice: jlo-eservice@gouldcooksey.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 21st, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to Kyle T. MacDonald with Derek Smith Law Group, PLLC, at 520 Brickell Key Drive, Suite O-301, Miami, FL 33131, with email address kyle@dereksmithlaw.com, attorney for Plaintiff.

/s/ Jason L. Odom
Jason L. Odom