# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CHEYENNE JOHNSON,

    Plaintiff,

v.

Case No.: 8:23-cv-02760-MSS-JSS

AUTO PARTNERS I, LLC
and AUTO PARTNERS IV, LLC,

    Defendants.
_____/

## NOTICE OF LEAD COUNSEL DESIGNATION

Plaintiff, CHEYENNE JOHNSON ("Plaintiff" and/or "Ms. Johnson"), by and through her undersigned counsel and pursuant to Local Rule 2.02(a), hereby designates Kyle T. MacDonald, Esq., of Derek Smith Law Group, PLLC, as lead counsel in the above-captioned matter.

Dated: Miami, Florida
       December 26, 2023,

**DEREK SMITH LAW GROUP, PLLC**
*Counsel for Plaintiff*

/s/ Kyle T. MacDonald
Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749
Derek Smith Law Group, PLLC
520 Brickell Key Dr, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Kyle@dereksmithlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on December 26, 2023, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**GOULD COOKSEY FENNELL, PLLC**

Jason L. Odom, Esq.
FBN: 476950
Gould Cooksey Fennell, PLLC
979 Beachland Boulevard
Vero Beach, FL 32963
(772) 231-1100--Telephone
Eservice: jlo-eservice@gouldcooksey.com

*Counsel for Defendants*