UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHEYENNE JOHNSON,

    Plaintiff,

Case No.: 8:23-cv-02760-MSS-JSS

v.

AUTO PARTNERS I, LLC
and AUTO PARTNERS IV, LLC,

    Defendants.

_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, CHEYENNE JOHNSON ("Plaintiff" and/or "Ms. Johnson"), by and through her undersigned counsel, hereby submits the following complete list of interested persons and corporations in this action, as required by Local Rule 3.03:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly—traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

1

 a. Cheyenne Johnson, *Plaintiff*
  c/o Derek Smith Law Group, PLLC
  520 Brickell Key Dr, Suite O-301
  Miami, Florida 33131

 b. Auto Partners I, LLC, *Defendant*
  c/o Gould Cooksey Fennell, PLLC
  979 Beachland Boulevard
  Vero Beach, FL  32963

 c. Auto Partners IV, LLC, *Defendant*
  c/o Gould Cooksey Fennell, PLLC
  979 Beachland Boulevard
  Vero Beach, FL  32963

 d. Kyle T. MacDonald, Esq., *Counsel for Plaintiff*
  Derek Smith Law Group, PLLC
  520 Brickell Key Dr, Suite O-301
  Miami, Florida 33131

 e. Derek Smith Law Group, PLLC, *Counsel for Plaintiff*
  520 Brickell Key Dr, Suite O-301
  Miami, Florida 33131

 f. Jason L. Odom, Esq., *Counsel for Defendants*
  Gould Cooksey Fennell, PLLC
  979 Beachland Boulevard
  Vero Beach, FL  32963

 g. Gould Cooksey Fennell, PLLC, *Counsel for Defendants*
  979 Beachland Boulevard
  Vero Beach, FL  32963

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

 **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    **Cheyenne Johnson,** *Plaintiff*

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated:  Miami, Florida      **DEREK SMITH LAW GROUP, PLLC**
        December 26, 2023,     *Counsel for Plaintiff*

/s/ Kyle T. MacDonald
Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749
Derek Smith Law Group, PLLC
520 Brickell Key Dr, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Kyle@dereksmithlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on December 26, 2023, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**GOULD COOKSEY FENNELL, PLLC**

Jason L. Odom, Esq.
FBN: 476950
Gould Cooksey Fennell, PLLC
979 Beachland Boulevard
Vero Beach, FL 32963
(772) 231-1100--Telephone
Eservice: jlo-eservice@gouldcooksey.com

*Counsel for Defendants*