UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHEYENNE JOHNSON,

    Plaintiff,

v.

Case No.: 8:23-cv-02760-MSS-JSS

AUTO PARTNERS I, LLC
and AUTO PARTNERS IV, LLC,

    Defendants.
_____/

## NOTICE OF MEDIATION SCHEDULING

Plaintiff, CHEYENNE JOHNSON ("Plaintiff" and/or "Ms. Johnson"), by and through her undersigned counsel and pursuant to the Court's Case Management and Scheduling Order [D.E. 22], hereby notifies the Court that the Parties have scheduled mediation in the above-referenced matter to take place on August 14, 2024, at 10:00 a.m., before Cathleen Scott, Esq., at 250 Central Blvd Suite 104A, Jupiter, FL 33458.

| | |
|---|---|
| Dated: Miami, Florida<br>March 7, 2024, | **DEREK SMITH LAW GROUP, PLLC**<br>*Counsel for Plaintiff*<br><br>/s/ Kyle T. MacDonald<br>Kyle T. MacDonald, Esq.<br>Florida Bar No.: 1038749<br>Derek Smith Law Group, PLLC<br>520 Brickell Key Dr, Suite O-301<br>Miami, FL 33131<br>Tel: (305) 946-1884<br>Kyle@dereksmithlaw.com |

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on March 7, 2024, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**GOULD COOKSEY FENNELL, PLLC**

Jason L. Odom, Esq.
FBN: 476950
Gould Cooksey Fennell, PLLC
979 Beachland Boulevard
Vero Beach, FL 32963
(772) 231-1100--Telephone
Eservice: jlo-eservice@gouldcooksey.com

*Counsel for Defendants*