UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHEYENNE JOHNSON,

   Plaintiff,

v.

   Case No.: 8:23-cv-02760-MSS-JSS

AUTO PARTNERS I, LLC
and AUTO PARTNERS IV, LLC,

   Defendants.
_____/

**STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiff, CHEYENNE JOHNSON, and Defendants, AUTO PARTNERS I, LLC, AND AUTO PARTNERS IV, LLC, by and through their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate and agree to the voluntary dismissal with prejudice as to Plaintiff's claims against Defendants in the above-captioned matter, with the parties agreeing to be responsible for their respective fees and costs.

| | |
|---|---|
| */s/ Kyle T. MacDonald* | */s/ Jason L. Odom* |
| KYLE T. MACDONALD, ESQ. | JASON L. ODOM, ESQ. |
| Florida Bar No.: 1038749 | Florida Bar No.: 476950 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |
| **Derek Smith Law Group, PLLC** | **Gould Cooksey Fennell, PLLC** |
| 520 Brickell Key Dr, Suite O-301 | 979 Beachland Boulevard |
| Miami, FL 33131 | Vero Beach, FL 32963 |
| (305) 946-1884 | (772) 231-1100 |
| Kyle@dereksmithlaw.com | jlo-eservice@gouldcooksey.com |

1

## CERTIFICATE OF SERVICE

I certify that on this 30th day of May, 2024, a true and correct copy of the foregoing document was served on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ *Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**GOULD COOKSEY FENNELL, PLLC**

Jason L. Odom, Esq.
FBN: 476950
Gould Cooksey Fennell, PLLC
979 Beachland Boulevard
Vero Beach, FL 32963
(772) 231-1100--Telephone
Eservice: jlo-eservice@gouldcooksey.com

*Counsel for Defendants*